IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| HARRY ANDERSON, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 1:10-CV-76 (WLS) |
| MICHAEL J. ASTRUE, *Commissioner of Social Security*, | : | |
| Defendant. | : | |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed August 24, 2011. (Doc. 15). It is recommended that the Social Security Commissioner's final decision be affirmed pursuant to Sentence Four of 42 U.S.C. § 405(g). (Doc. 15 at 8). No objections were filed within the fourteen-day period provided pursuant to 28 U.S.C. § 636(b)(1). The objection period expired on September 7, 2011. (*See* Doc. 15 at 8; Docket).

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 15) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, the Social Security Commissioner's final decision is **AFFIRMED** pursuant to Sentence Four of 42 U.S.C. § 405(g).

**SO ORDERED**, this  26th  day of September, 2011.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**